**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

www.txcourts.gov/13thcoa

April 2, 2015

Hon. J. Rolando Olvera Jr.
Presiding Judge, Fifth
Administrative Judicial Region
200 N. Almond St.
Alice, TX 78332
* DELIVERED VIA E-MAIL *

Hon. J. R. 'Bobby' Flores
139th District Court
Hidalgo County Courthouse
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Carlos E. Hernandez Jr.
Attorney at Law
200 E. Cano Street
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Tiffany Cox
Ogletree Deakins
112 E Pecan St Ste 2700
San Antonio, TX 78205-1551
* DELIVERED VIA E-MAIL *

Hon. Lawrence D. Smith
Ogletree, Deakins, Nash, Smoak and
Stewart
2700 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00160-CV
Tr.Ct.No. C-6316-13-C
Style:      In re Brenntag Southwest, Inc.


Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.